UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEGARDY, | Case No.  20-cv-05716-RMI |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| O. REDON, et al., | Re: Dkt. No. 29 |
| Defendants. | |

Plaintiff, a state prisoner, proceeds with a *pro se* civil rights complaint under 42 U.S.C. § 1983. All parties have consented to the jurisdiction of a Magistrate Judge. dkts. 9, 27. Defendants filed a motion to dismiss on June 8, 2021. dkt. 29. Plaintiff's opposition was due on July 8, 2021, but Plaintiff did not submit any filing. On August 20, 2021, Plaintiff was reminded of the requirement to file an opposition and was provided twenty-one days to submit the filing. dkt. 32. Plaintiff did not submit an opposition or otherwise communicate with the court. On November 2, 2021, Plaintiff was given a final opportunity to file an opposition within seven days. dkt. 34. He has not filed an opposition or otherwise communicated with the court. On both occasions Plaintiff was informed that the case may be dismissed if he did not file an opposition. dkts. 32, 34.

Consequently, the case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Defendant's motion to dismiss (dkt. 29) is **VACATED** without prejudice. The clerk is requested to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: December 2, 2021

ROBERT M. ILLMAN
United States Magistrate Judge